FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 19 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| Angel Ramos, | Civ. Action #: 14-CV-04285 (SLT)(VVP) |
| Plaintiff, | |
| -v- | STIPULATION OF DISCONTINUANCE WITH PREJUDICE |
| Heights Realty Co. LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties, and whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
April 27, 2015

Abdul Hassan Law Group, PLLC
Attorneys for Plaintiff

By: _____
Abdul K. Hassan, Esq. (AH6510)
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

Meltzer, Lippe, Goldstein & Breitstone, LLP
Attorneys for Defendant

By: _____
Richard M. Howard, Esq.
190 Willis Avenue
Mineola,, NY 11501
Tel: (516) 747-0300 Ext 224
Fax: 516-747-0653

So Ordered: /s/ Sandra L. Townes, U.S.D.J.   6/17/15